Charles O. Korten, appellee, v. Nels J. Holter, appellant. Gen. No. 30,704.
Action upon promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John P. Haas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed April 19, 1926.
Bernard F. Johnston and Nels J. Holter, *pro se*, for appellant. Deming, Jarrett & Mulfinger, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

George F. Slater, appellee, v. Alvin Oppenheimer, Constantine Giovan and Peter Giovan, appellants. Gen. No. 30,713.
Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed April 19, 1926. Rehearing denied May 3, 1926.
Harry A. Boissat, for appellant Alvin Oppenheimer. John A. Leitch, for appellant Constantine Giovan. Stedman, Kesler & Dingle, for appellant Peter Giovan. Lynn & Korn, for appellee; Fred H. Kay, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

---

Samuel R. Rappold, appellant, v. Martha P. Anderson, appellee. Gen. No. 30,739.
Action to recover commissions for services as real estate broker. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed April 19, 1926.
Louis W. Reinecker, Jr., for appellant. No appearance for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

J. W. Blair, appellee, v. Frank S. Shaw, appellant. Gen. No. 30,369.
Action upon contract. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed with a finding of facts. Opinion filed May 5, 1926. Rehearing denied and opinion modified May 18, 1926.
Levinson, Becker, Schwartz & Frank, for appellant; Otis F. Glenn and Arthur C. Bachrach, of counsel. Clithero, Van Schaick & Stevens, for appellee; Guy Van Schaick, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Gregory T. Van Meter, administrator of the estate of John V. Reardon, deceased, appellant, v. Yellow Cab Company and Louis Bailey, appellees. Gen. No. 30,439.
Action for wrongful death. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom,